# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 08-CV-352-JHP |
| CASEY O'DELL, a/k/a CASEY RAY O'DELL, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On July 27, 2010, the United States Magistrate Judge entered her Report and Recommendation [Doc. No. 29] in regard to the Government's Motion for Deficiency Judgment [Doc. No. 22]. After a holding a hearing on the matter, the Magistrate Judge recommended the Motion for Deficiency Judgment be granted and deficiency judgment be entered in favor of the United States of America and against Casey O'Dell, a/k/a Casey Ray O'Dell in the amount of $159,096.59. The Magistrate Judge advised the parties in her Report and Recommendation that any objections to be made to the report were to be filed with the Court Clerk within fourteen (14) days of receiving service of the report. The Report and Recommendation advised that failure to timely object would waive appellate review of the judgment of the District Court based on the Magistrate Judge's findings. No objections were filed to the Magistrate Judge's Report and Recommendation.

The Court finds that the Report and Recommendation of the Magistrate Judge is fully supported by the record and applicable case law; thus, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on July 27, 2010, be **AFFIRMED** and **ADOPTED**

by this Court as its Findings and Order. This Court will enter a separate Order, entering a deficiency judgment in favor of the United States of America as recommended by the Magistrate Judge.

**IT IS SO ORDERED this 23rd day of August, 2010.**

James H. Payne
United States District Judge
Eastern District of Oklahoma